# Court of Appeals
# of the State of Georgia

ATLANTA,  August 16, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0050.  BERTHA SULLIVAN v. THE STATE.**

In 2012, Bertha Sullivan pleaded guilty to four counts of financial identity fraud, two counts of forgery in the first degree, and three counts of felony theft by conversion.  The trial court sentenced Sullivan to a total of twenty years of probation along with restitution and costs.  Sullivan's probation was subsequently revoked in full in January 2017.  Thereafter, Sullivan filed a "Motion to Reduce/Modify Sentence."  The trial court denied Sullivan's motion and she filed this direct appeal. We, however, lack jurisdiction.

In construing pleadings, substance controls over nomenclature.  *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010).  In her "Motion to Modify Sentence," Sullivan raises several challenges to the revocation of her probation. Because the underlying subject matter of Sullivan's appeal is the revocation of her probation, she was required to file an application for discretionary appeal to obtain review in this Court.  See OCGA § 5-6-35 (a) (5), (b); *Jones v. State*, 322 Ga. App. 269, 269, n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997).  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  08/16/2018*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*